

FILED

NOV 1 8 2022

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22CR1364-TWR |
| Plaintiff, | |
| v. | RESTITUTION ORDER |
| NICOLAS IZATT, | |
| Defendant. | |

1. It is ordered that Defendant Nicolas Izatt pay restitution totaling $1,829,794.59. Restitution shall be paid through the Office of the Clerk of the District Court by bank or cashier's check or money order referencing the criminal case number and made payable to the "Clerk, United States District Court."

2. Restitution should be paid on behalf of the following victim:

Centers for Medicare and Medicaid Services
Division of Accounting Operations
P.O. Box 7520
Baltimore, MD 21207-0520

3. Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

4.     In light of the factors set forth in 18 U.S.C. § 3664(f)(2), the Court orders the following payment schedule:

    a.  During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

    b.  Upon release from custody, Defendant shall pay restitution at the rate of $500.00 per month, subject to modification upon further agreement of the parties or order of the Court.

5.     This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

6.     Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

7.     Defendant does not have the ability to pay interest. The interest requirement is waived pursuant to 18 U.S.C. 3612(f)(3)(A).

8.     Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution, no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

9.     Defendant understands that restitution is delinquent until paid in full. Until restitution is paid in full, Defendant will be referred to the Treasury Offset Program so that any federal payment or transfer of returned property to Defendant will be offset and applied to pay Defendant's unpaid restitution.

2

1    **IT IS SO ORDERED.**

2

3    DATED: 11/18/22            _T̅o̅d̅d̅ R̅o̅b̅i̅n̅s̅o̅n̅_____
                                HON. TODD W. ROBINSON
4                               UNITED STATES DISTRICT COURT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28